Printed: 07/09/18 09:51 AM                               **Claims Distribution Small Checks**                                Page: 1

**Trustee: ANDREW SKLAR (500320)**

**Case:** 17-10097 - BANGER'S SPORT SHOP, LLC

| Account No. | Check No. Claim No. | Issued Filed | Priority | Claimant | Amount Filed | Amount Allowed | Paid to Date | Small Payment |
|---|---|---|---|---|---|---|---|---|
| 5017308566 | 155 | 07/09/18 | Payee: | U.S. Bankruptcy Court | | | Check Amount: | $0.99 |
| | 14 | 03/06/17 | 610 | DYLAN J. SNIVELY<br>8 UNION AVENUE<br>STRATFORD, NJ 08084 | 250.00 | 250.00 | 102.14 | 0.29 |
| | 17 | 04/03/17 | 610 | COLTON J. GEMENDEN<br>797 LINCOLN AVE<br>WILLIAMSTOWN, NJ 08094 | 250.00 | 250.00 | 102.14 | 0.29 |
| | 21 | 04/11/17 | 610 | JHW REAL ESTATE, LLC<br>C/O JEFFREY A. COHEN, ESQ.,<br>CHERRY HILL, NJ 08002 | 285.50 | 285.50 | 116.64 | 0.33 |
| | 25 | 01/03/17 | 610 | Wayne Stark<br>7 Nicholas Lane<br>Oceanview, NJ 08230 | 75.00 | 75.00 | 30.64 | 0.08 |

7/9/2018                                                                                           /s/ Andrew Sklar, Chapter 7 Trustee

(*) Denotes objection to Amount Filed