UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew Sklar, Esquire
Sklar Law, LLC
1200 Laurel Oak Road – Suite 102
Voorhees, New Jersey 08043
(856) 258-4050
Chapter 7 Trustee

In Re:

BANGER'S SPORT SHOP LLC

Case No.:　　　17-10097/ABA

Chapter:　　　7

Judge:　　　Andrew B Altenburg

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 3011-1(a)

　　　　Andrew Sklar　　　　, trustee in the above captioned matter states that the entire amount in the trustee's account has been disbursed and that the following funds remain unclaimed. The undersigned will immediately forward a check to the court in the amount of 　　　$.99　　　, payable to the Clerk, United States Bankruptcy Court. The parties entitled to said funds are listed below together with their last known address.

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| Dylan J. Snively<br>8 Union Avenue<br>Stratford, NJ  08084 | $.29 |
| Colton J. Gemenden<br>797 Lincoln Avenue<br>Williamstown, NJ  08094 | $.29 |
| JWH Real Estate, LLC<br>c/o Jeffrey A Cohen, Esquire<br>Flaster Greenberg<br>1810 Chapel Avenue West<br>Cherry Hill, NJ  08002 | $.33 |

| PAYEE<br>NAME AND ADDRESS | AMOUNT |
|---|---|
| Wayne Stark<br>7 Nicholas Lane<br>Oceanview, NJ  08230 | $.08 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Date:  7/12/2018                    /s/ Andrew Sklar
                                    Trustee

*rev.8/1/15*