ANDREW SKLAR
1200 Laurel Oak Road
Suite 102
Voorhees, NJ  08043
(856) 258-4050
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: BANGER'S SPORT SHOP, LLC    §   Case No. 17-10097-ABA
  §
  §
Debtor(s)    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ANDREW SKLAR, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $0.00                      Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $287,516.41     Claims Discharged
                                                       Without Payment: N/A

Total Expenses of Administration: $228,756.42

---

3) Total gross receipts of $ 516,272.83 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $516,272.83 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $180,000.00 | $162,604.68 | $162,604.68 | $162,604.68 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 228,756.42 | 228,756.42 | 228,756.42 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 9,477.30 | 13,891.36 | 13,891.36 | 13,891.36 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 207,304.56 | 280,993.03 | 271,743.76 | 111,020.37 |
| **TOTAL DISBURSEMENTS** | $396,781.86 | $686,245.49 | $676,996.22 | $516,272.83 |

    4) This case was originally filed under Chapter 7 on January 03, 2017. The case was pending for 22 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2018         By: /s/ANDREW SKLAR
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| OFFICE FURNITURE, FIXTURES & EQUIPMENT | 1129-000 | 217,101.95 |
| FIREARMS & AMMUNITION | 1129-000 | 286,424.25 |
| CASH ON PREMISES | 1229-000 | 388.02 |
| PNC Bank - Merchant Account | 1229-000 | 10,925.60 |
| Payroll Account - PNC Bank | 1229-000 | 0.18 |
| INSURANCE REFUNDS OWED TO DEBTOR | 1229-000 | 1,432.83 |
| **TOTAL GROSS RECEIPTS** | | **$516,272.83** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 20 | ESTATE OF JOHN ADUCAT | 4210-000 | 180,000.00 | 162,604.68 | 162,604.68 | 162,604.68 |
| **TOTAL SECURED CLAIMS** | | | **$180,000.00** | **$162,604.68** | **$162,604.68** | **$162,604.68** |

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - ANDREW SKLAR | 2100-000 | N/A | 29,063.64 | 29,063.64 | 29,063.64 |
| Trustee Expenses - ANDREW SKLAR | 2200-000 | N/A | 112.44 | 112.44 | 112.44 |
| Clerk of the Court Costs (includes adversary and other filing fees) - US | 2700-000 | N/A | 531.00 | 531.00 | 531.00 |
| Attorney for Trustee Fees (Trustee Firm) - Sklar Law, LLC | 3110-000 | N/A | 9,620.00 | 9,620.00 | 9,620.00 |
| Attorney for Trustee Fees (Trustee Firm) - Sklar Law, LLC | 3110-000 | N/A | 2,560.00 | 2,560.00 | 2,560.00 |
| Attorney for Trustee Expenses (Trustee Firm) - Sklar Law, LLC | 3120-000 | N/A | 1,474.63 | 1,474.63 | 1,474.63 |
| Attorney for Trustee Expenses (Trustee Firm) - Sklar Law, LLC | 3120-000 | N/A | 26.70 | 26.70 | 26.70 |
| Other - Sharer, Petree, Botz & Snyder | 3410-000 | N/A | 10,600.00 | 10,600.00 | 10,600.00 |
| Other - Sharer, Petree, Botz & Snyder | 3410-000 | N/A | 1,112.00 | 1,112.00 | 1,112.00 |
| Other - Sharer, Petree, Botz & Snyder | 3420-000 | N/A | 23.40 | 23.40 | 23.40 |
| Auctioneer for Trustee Fees (including buyers premiums) - COMLEY AUCTIONEERS & | 3610-000 | N/A | 105,851.59 | 105,851.59 | 105,851.59 |
| Auctioneer for Trustee Expenses - COMLEY AUCTIONEERS & APPRAISERS | 3620-000 | N/A | 62,421.46 | 62,421.46 | 62,421.46 |
| Other - ESTATE OF JOHN ADUCAT | 2410-000 | N/A | 358.65 | 358.65 | 358.65 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.33 | 10.33 | 10.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 18.18 | 18.18 | 18.18 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 440.54 | 440.54 | 440.54 |
| Other - HILL ARCHIVE | 2990-000 | N/A | 774.84 | 774.84 | 774.84 |
| Other - SENECA | 2420-000 | N/A | 476.50 | 476.50 | 476.50 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 700.89 | 700.89 | 700.89 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 348.91 | 348.91 | 348.91 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 237.80 | 237.80 | 237.80 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 270.24 | 270.24 | 270.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 237.09 | 237.09 | 237.09 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 261.26 | 261.26 | 261.26 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 244.43 | 244.43 | 244.43 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 224.04 | 224.04 | 224.04 |
| Other - International Sureties, LTD. | 2300-000 | N/A | 63.01 | 63.01 | 63.01 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 251.67 | 251.67 | 251.67 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 213.13 | 213.13 | 213.13 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 228.05 | 228.05 | 228.05 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $228,756.42 | $228,756.42 | $228,756.42 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | KURT LINTON | 5600-000 | 500.00 | 500.00 | 500.00 | 500.00 |
| 6P-2 | INTERNAL REVENUE SERVICE | 5800-000 | N/A | 9,778.31 | 9,778.31 | 9,778.31 |
| 7 | STATE OF NEW JERSEY | 5800-000 | 0.00 | 1,100.00 | 1,100.00 | 1,100.00 |
| 9 | RYAN HERON | 5600-000 | 120.00 | 120.00 | 120.00 | 120.00 |
| 11 | JOSHUA SHIRLEY | 5600-000 | 500.00 | 500.00 | 500.00 | 500.00 |
| 12 | JOSEPH O'HARA | 5600-000 | 100.00 | 100.00 | 100.00 | 100.00 |
| 13 | EDWARD REICHELT | 5600-000 | 600.00 | 600.00 | 600.00 | 600.00 |
| 15 | ROBERT SMITH | 5600-000 | 0.00 | 337.05 | 337.05 | 337.05 |
| 16 | MICHELE A. CRESSMAN | 5600-000 | 456.00 | 456.00 | 456.00 | 456.00 |
| 22 | ANTHONY LAFFERTY | 5600-000 | 100.00 | 400.00 | 400.00 | 400.00 |
| NOTFILED | James Gillin | 5200-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Cristobal Cordero | 5200-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Sandra Gergier | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Ryan Dubiel | 5200-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Everett Davis | 5200-000 | 130.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Foley | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Voltaire Gonzaga | 5200-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Terrance Harris | 5200-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Myles Gray | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Somers | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | William Sarino | 5200-000 | 100.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Paul Stubee | 5200-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | David Vogl | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | John Valentine | 5200-000 | 1,017.30 | N/A | N/A | 0.00 |
| NOTFILED | Marcus White | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Brody Wentzell | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | William Ruggieri | 5200-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Justin Prinz | 5200-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Carmen Rocco | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Norman Irving | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Bethsaida Cordero | 5200-000 | 300.00 | N/A | N/A | 0.00 |
| NOTFILED | Timothy Kelly | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Muller | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Jeff Kind | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Jordan Plitt | 5200-000 | 400.00 | N/A | N/A | 0.00 |
| NOTFILED | Jerry Muratore | 5200-000 | 100.00 | N/A | N/A | 0.00 |
| NOTFILED | Emily Groves | 5200-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Monica Mathis | 5200-000 | 120.00 | N/A | N/A | 0.00 |
| NOTFILED | Mark Carrero | 5200-000 | 200.00 | N/A | N/A | 0.00 |
| NOTFILED | Peter Carbone | 5200-000 | 50.00 | N/A | N/A | 0.00 |
| NOTFILED | Danny Ballas | 5200-000 | 350.00 | N/A | N/A | 0.00 |
| NOTFILED | James Barrearas | 5200-000 | 160.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicole Brown | 5200-000 | 114.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $9,477.30 | $13,891.36 | $13,891.36 | $13,891.36 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | BOWTECH | 7100-000 | 7,069.07 | 7,160.47 | 7,160.47 | 2,925.40 |
| 2 | PARKER BOWS | 7100-000 | 824.69 | 1,112.48 | 1,112.48 | 454.50 |
| 3 | ACUSPORT CORPORATION | 7100-000 | 26,992.08 | 26,992.08 | 26,992.08 | 11,027.56 |
| 5 | DUBOIS, SHEEHAN, HAMILTON, LEVIN AND WEISSMAN, LLC | 7100-000 | N/A | 19,866.26 | 19,866.26 | 8,116.32 |
| 6U-2 | INTERNAL REVENUE SERVICE | 7100-000 | 0.00 | 1,600.00 | 1,600.00 | 653.68 |
| 8 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 4,032.13 | 4,165.49 | 4,165.49 | 1,701.80 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10 | FIOCCHI OF AMERICA INC | 7100-000 | 9,489.34 | 8,511.50 | 8,511.50 | 3,477.36 |
| 14 | DYLAN J. SNIVELY | 7100-000 | N/A | 250.00 | 250.00 | 101.85 |
| | U.S. Bankruptcy Court - DYLAN J. SNIVELY | 7100-001 | N/A | N/A | N/A | 0.29 |
| 17 | COLTON J. GEMENDEN | 7100-000 | N/A | 250.00 | 250.00 | 101.85 |
| | U.S. Bankruptcy Court - COLTON J. GEMENDEN | 7100-001 | N/A | N/A | N/A | 0.29 |
| 18 | BANGERS USA | 7100-000 | 6,975.58 | 6,975.58 | 6,975.58 | 2,849.86 |
| 19 | JHW REAL ESTATE, LLC | 7100-000 | N/A | 176,499.40 | 176,499.40 | 72,108.47 |
| 21 | JHW REAL ESTATE, LLC | 7100-000 | N/A | 285.50 | 285.50 | 116.31 |
| | U.S. Bankruptcy Court - JHW REAL ESTATE, LLC | 7100-001 | N/A | N/A | N/A | 0.33 |
| 23 | ESTATE OF JOHN ADUCAT | 7100-000 | 0.00 | 27,249.27 | 18,000.00 | 7,353.86 |
| 25 | Wayne Stark | 7100-000 | N/A | 75.00 | 75.00 | 30.56 |
| | U.S. Bankruptcy Court - Wayne Stark | 7100-001 | N/A | N/A | N/A | 0.08 |
| NOTFILED | Craig O'Connell | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michelle Palmieri | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Marian Nurkiewicz | 7100-000 | 644.00 | N/A | N/A | 0.00 |
| NOTFILED | Steven Nurkiewicz | 7100-000 | 405.00 | N/A | N/A | 0.00 |
| NOTFILED | Clyde Panran | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | NAP | 7100-000 | 485.27 | N/A | N/A | 0.00 |
| NOTFILED | Dr. Andrews Pecora | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Innopower Inc | 7100-000 | 5,002.30 | N/A | N/A | 0.00 |
| NOTFILED | John Ranger | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Eddie Robertson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ronald Raeuber | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Rainear | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Chris Mohrmann | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Pioneer Pipe Contractors | 7100-000 | 22,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Millenium Outdoors, LLC | 7100-000 | 4,645.44 | N/A | N/A | 0.00 |
| NOTFILED | Charles Long | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jonathan Kellum | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Fred Kuhn New Jersey Second Amendment Society | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kimber MFG Inc | 7100-000 | 5,424.00 | N/A | N/A | 0.00 |
| NOTFILED | Luther Jay MacMillan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Lawmen Supply Company | 7100-000 | 20,017.98 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Johnston | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Amy Wuestenbeg | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patrick McNally | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Mento | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patrick McGinty | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Steve Johnson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Tom Leonardis | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Maines | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jason Soder | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mitchell Ward | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Walther Arms Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | William Wilcox | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carson Wentz | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hoyt Archery | 7100-000 | 6,115.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward Williams | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Ken Wallace | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Timothy Wallace | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Murphy Vandervelde | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | TenPoint Crossbow Technologies | 7100-000 | 66.96 | N/A | N/A | 0.00 |
| NOTFILED | Venturini | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Vanguard | 7100-000 | 2,309.88 | N/A | N/A | 0.00 |
| NOTFILED | Gregory Wirth | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Wac'em Archery Products | 7100-000 | 1,304.50 | N/A | N/A | 0.00 |
| NOTFILED | TD Bank Corporate Office | 7100-000 | 12,744.42 | N/A | N/A | 0.00 |
| NOTFILED | Frank S. Sharp | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Singh | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dave Schmidt | 7100-000 | 700.00 | N/A | N/A | 0.00 |
| NOTFILED | Brad Sharp,John Wilson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kasey Sleeter | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | William Santora | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joe Sorbello | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Joann Somers | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sturm, Ruger & Co Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Styrka LLC | 7100-000 | 1,137.00 | N/A | N/A | 0.00 |
| NOTFILED | John Stankorich | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Stephen Starke | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diana Saddel | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Stag Arms LLC | 7100-000 | 8,149.90 | N/A | N/A | 0.00 |
| NOTFILED | Daniel S. Caren | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Amchar Wholesale Inc | 7100-000 | 148.30 | N/A | N/A | 0.00 |
| NOTFILED | Big Rock Sports, LLC | 7100-000 | 16,011.34 | N/A | N/A | 0.00 |
| NOTFILED | AFCO | 7100-000 | 1,213.36 | N/A | N/A | 0.00 |
| NOTFILED | Louis Alpoldo, Jr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Black Eagle Arrows LLC | 7100-000 | 4,466.13 | N/A | N/A | 0.00 |
| NOTFILED | Jose Acevedo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Michael Blazer | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Paul Blasko | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Edward A. Bream Jr | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bob Brungies | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | David Blooks | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Diana Bramley | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Dinoclaste Acevedo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mitchell Bleicher | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | James Burkeitt | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Canale | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Carrie Fussell-McRae | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | George Gangluff | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bob Fenton | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Friends of the NRA National Rifle Association | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gold Tip | 7100-000 | 687.27 | N/A | N/A | 0.00 |
| NOTFILED | Sherri Faunce | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Virginia Haggan | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Patrick Gravenese | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jesse Henderson | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Roderick Hill | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jane Hatton | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Hawke | 7100-000 | 2,802.08 | N/A | N/A | 0.00 |
| NOTFILED | Farm-Rite Inc | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| NOTFILED | Curtis Hanks | 7100-000 | 0.00 | N/A | N/A | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Falkor Defense | 7100-000 | 3,355.00 | N/A | N/A | 0.00 |
| NOTFILED | Stuart Counsellor | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Daubenspeck | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Jude Catral | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Thomas C. Costa | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Death Dealer Tactical Inc | 7100-000 | 629.00 | N/A | N/A | 0.00 |
| NOTFILED | Scott Carlyle | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Mario DiGavalamo | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Anthony DiBattista | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Evans | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Excalibur Crossbow | 7100-000 | 9,615.88 | N/A | N/A | 0.00 |
| NOTFILED | Thomas Dukes | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Escalade Sports | 7100-000 | 21,840.66 | N/A | N/A | 0.00 |
| NOTFILED | Angelow Horace | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Kevin Donahue | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $207,304.56 | $280,993.03 | $271,743.76 | $111,020.37 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-10097-ABA  
**Case Name:** BANGER'S SPORT SHOP, LLC

**Period Ending:** 11/09/18

**Trustee:**   (500320)   ANDREW SKLAR  
**Filed (f) or Converted (c):** 01/03/17 (f)  
**§341(a) Meeting Date:** 02/03/17  
**Claims Bar Date:** 04/11/17

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  OFFICE FURNITURE, FIXTURES & EQUIPMENT  Sold at Public Auction | Unknown | 217,101.95 | | 217,101.95 | FA |
| 2  FIREARMS & AMMUNITION  Sold @ Public Auction | 159,070.40 | 286,424.25 | | 286,424.25 | FA |
| 3  CASH ON PREMISES (u)  2/8 - Cash on premises totaling $180.42 - less cost of money order $1.20 - total deposit $179.22; and 2/9 - Additional Cash in Store - $210.00- less $1.20 Money Order -total deposit - $208.80 | 0.00 | 388.02 | | 388.02 | FA |
| 4  PNC Bank - Merchant Account (u) | 0.00 | 10,925.60 | | 10,925.60 | FA |
| 5  Payroll Account - PNC Bank (u)  PNC Payroll Acct | 0.00 | 0.18 | | 0.18 | FA |
| 6  INSURANCE REFUNDS OWED TO DEBTOR (u)  REFUNDS | 0.00 | 1,432.83 | | 1,432.83 | FA |
| 7  MACHINERY, EQUIPMENT OR VEHICLES | Unknown | 0.00 | | 0.00 | FA |
| **7  Assets    Totals** (Excluding unknown values) | **$159,070.40** | **$516,272.83** | | **$516,272.83** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR:  4/25/2018  
TFR APPROVAL:  5/23/2018  
FINAL MTG:  6/28/2018  
TDR:  11/9/2018  
TDR APPROVAL:  PENDING

**Initial Projected Date Of Final Report (TFR):**     February 20, 2019          **Current Projected Date Of Final Report (TFR):**     April 25, 2018  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| Case Number: 17-10097-ABA | Trustee: ANDREW SKLAR (500320) |
| Case Name: BANGER'S SPORT SHOP, LLC | Bank Name: Rabobank, N.A. |
| | Account: ******8566 - Checking Account |
| Taxpayer ID #: **-***7576 | Blanket Bond: $36,589,161.00 (per case limit) |
| Period Ending: 11/09/18 | Separate Bond: N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/08/17 | {3} | BANGER'S SPORT SHOP | CASH ON PREMISES | 1229-000 | 179.22 | | 179.22 |
| 02/09/17 | {3} | BANGERS SPORT SHOP | CASH ON HAND AT PREMISES - CASH $210.00 - LESS $1.20 MONEY ORDER FEE - DEPOSIT $208.80 | 1229-000 | 208.80 | | 388.02 |
| 02/09/17 | {4} | PNC BANK | CLOSE OUT PNC MERCHANT ACCT | 1229-000 | 10,925.60 | | 11,313.62 |
| 02/13/17 | {5} | PNC BANK | CLOSE OUT PNC PAYROLL ACCT | 1229-000 | 0.18 | | 11,313.80 |
| 02/27/17 | {6} | AFCO | INSURANCE PREMIUM REFUND | 1229-000 | 934.03 | | 12,247.83 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.33 | 12,237.50 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.18 | 12,219.32 |
| 04/10/17 | {1} | WM F COMLY & SON INC | AUCTION PROCEEDS INVENTORY, EQUIPMENT FURNITURE | 1129-000 | 217,101.95 | | 229,321.27 |
| 04/10/17 | {2} | ALDERFER AUCTION | AUCTION PROCEEDS SALE OF FIREARMS & AMMUNITION | 1129-000 | 286,424.25 | | 515,745.52 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 440.54 | 515,304.98 |
| 05/01/17 | 101 | HILL ARCHIVE | INVOICE #222558-688 - REMOVAL OF BOXES FROM PREMISES | 2990-000 | | 774.84 | 514,530.14 |
| 05/01/17 | 102 | SENECA | COMMERCIAL LIABILITY INS.-POLICY #RMP4700045-INVOICE# 1401 | 2420-000 | | 476.50 | 514,053.64 |
| 05/11/17 | 103 | COMLEY AUCTIONEERS & APPRAISERS | AUCTIONEER COMMISSION-ORDER ALLOWING 5/11/17 | 3610-000 | | 105,851.59 | 408,202.05 |
| 05/11/17 | 104 | COMLEY AUCTIONEERS & APPRAISERS | AUCTIONEER EXPENSES-ORDER ALLOWING 5/11/17 | 3620-000 | | 62,421.46 | 345,780.59 |
| 05/23/17 | 105 | ESTATE OF JOHN ADUCAT | PAYMENT IN FULL OF ADUCAT SECURED CLAIM | 4210-000 | | 162,604.68 | 183,175.91 |
| 05/31/17 | 106 | Sklar Law, LLC | ATTY FOR TR FEES - ORDER ALLOWING FEES & EXP 5/25/2017 | 3110-000 | | 9,620.00 | 173,555.91 |
| 05/31/17 | 107 | Sklar Law, LLC | ATTY FOR TR EXPENSES - ORDER ALLOWING FEES & EXPENSES 5/25/17 | 3120-000 | | 1,474.63 | 172,081.28 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 700.89 | 171,380.39 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 348.91 | 171,031.48 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.80 | 170,793.68 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 270.24 | 170,523.44 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 237.09 | 170,286.35 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 261.26 | 170,025.09 |
| 11/08/17 | 108 | US Bankruptcy Clerk | Adv No. 17-1044 | 2700-000 | | 350.00 | 169,675.09 |
| 11/22/17 | {6} | AFCO INSRUANCE PREMIUM FINANCE | Insurance premium refund | 1229-000 | 498.80 | | 170,173.89 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 244.43 | 169,929.46 |

Subtotals :    $516,272.83    $346,343.37

{} Asset reference(s)    Printed: 11/09/2018 09:36 AM    V.14.14

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 17-10097-ABA  
**Case Name:** BANGER'S SPORT SHOP, LLC  
**Taxpayer ID #:** **-***7576  
**Period Ending:** 11/09/18

**Trustee:** ANDREW SKLAR (500320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $36,589,161.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/01/17 | 109 | Sharer, Petree, Botz & Snyder | ACCT FOR TR FEES-ORDER ALLOWING FEES 11-30-17 | 3410-000 | | 10,600.00 | 159,329.46 |
| 12/01/17 | 110 | Sharer, Petree, Botz & Snyder | ACCT FOR TR EXPENSES - Order allowing 11-30-17 | 3420-000 | | 23.40 | 159,306.06 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 224.04 | 159,082.02 |
| 01/15/18 | 111 | International Sureties, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/15/2018 FOR CASE #17-10097, BOND #016026385 - 1/1/18 to 1/1/19 | 2300-000 | | 63.01 | 159,019.01 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 251.67 | 158,767.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 213.13 | 158,554.21 |
| 03/26/18 | 112 | Sharer, Petree, Botz & Snyder | ACCT FOR TR FINAL FEES - ORDER 3/22/2018 | 3410-000 | | 1,112.00 | 157,442.21 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.05 | 157,214.16 |
| 06/29/18 | 113 | ANDREW SKLAR | TRUSTEE EXPENSES | 2200-000 | | 112.44 | 157,101.72 |
| 06/29/18 | 114 | ANDREW SKLAR | TRUSTEE COMPENSATION | 2100-000 | | 29,063.64 | 128,038.08 |
| 06/29/18 | 115 | Sklar Law, LLC | ATTY FOR TR FEES | 3110-000 | | 2,560.00 | 125,478.08 |
| 06/29/18 | 116 | Sklar Law, LLC | ATTY FOR TR EXPENSES | 3120-000 | | 26.70 | 125,451.38 |
| 06/29/18 | 117 | US Bankruptcy Clerk | CLERK FEES-FILING FEE-DOCKET#2 & MOTION SELL-DOCKET#25<br>Voided on 07/06/18 | 2700-000 | | 491.00 | 124,960.38 |
| 06/29/18 | 118 | ESTATE OF JOHN ADUCAT | ADUCAT ADMIN CLAIM - PER STIP SETTLE ADV#17-1044 | 2410-000 | | 358.65 | 124,601.73 |
| 06/29/18 | 119 | KURT LINTON | Dividend paid 100.00% on $500.00; Claim# 4; Filed: $500.00; Reference: | 5600-000 | | 500.00 | 124,101.73 |
| 06/29/18 | 120 | RYAN HERON | Dividend paid 100.00% on $120.00; Claim# 9; Filed: $120.00; Reference: | 5600-000 | | 120.00 | 123,981.73 |
| 06/29/18 | 121 | JOSHUA SHIRLEY | Dividend paid 100.00% on $500.00; Claim# 11; Filed: $500.00; Reference: | 5600-000 | | 500.00 | 123,481.73 |
| 06/29/18 | 122 | JOSEPH O'HARA | Dividend paid 100.00% on $100.00; Claim# 12; Filed: $100.00; Reference: | 5600-000 | | 100.00 | 123,381.73 |
| 06/29/18 | 123 | EDWARD REICHELT | Dividend paid 100.00% on $600.00; Claim# 13; Filed: $600.00; Reference: | 5600-000 | | 600.00 | 122,781.73 |
| 06/29/18 | 124 | ROBERT SMITH | Dividend paid 100.00% on $337.05; Claim# 15; Filed: $337.05; Reference: | 5600-000 | | 337.05 | 122,444.68 |
| 06/29/18 | 125 | MICHELE A. CRESSMAN | Dividend paid 100.00% on $456.00; Claim# 16; Filed: $456.00; Reference: | 5600-000 | | 456.00 | 121,988.68 |
| 06/29/18 | 126 | ANTHONY LAFFERTY | Dividend paid 100.00% on $400.00; Claim# | 5600-000 | | 400.00 | 121,588.68 |

Subtotals :    $0.00    $48,340.78

{} Asset reference(s)    Printed: 11/09/2018 09:36 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 17-10097-ABA  
**Case Name:** BANGER'S SPORT SHOP, LLC  

**Taxpayer ID #:** **-***7576  
**Period Ending:** 11/09/18  

**Trustee:** ANDREW SKLAR (500320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $36,589,161.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 22; Filed: $400.00; Reference: | | | | |
| 06/29/18 | 127 | INTERNAL REVENUE SERVICE | Dividend paid 100.00% on $9,778.31; Claim# 6P-2; Filed: $9,778.31; Reference: X7576 | 5800-000 | | 9,778.31 | 111,810.37 |
| 06/29/18 | 128 | STATE OF NEW JERSEY | Dividend paid 100.00% on $1,100.00; Claim# 7; Filed: $1,100.00; Reference: X7576 | 5800-000 | | 1,100.00 | 110,710.37 |
| 06/29/18 | 129 | BOWTECH | Dividend paid 40.74% on $7,160.47; Claim# 1; Filed: $7,160.47; Reference: X3467 | 7100-000 | | 2,917.23 | 107,793.14 |
| 06/29/18 | 130 | PARKER BOWS | Dividend paid 40.74% on $1,112.48; Claim# 2; Filed: $1,112.48; Reference: -X10-P08095 | 7100-000 | | 453.23 | 107,339.91 |
| 06/29/18 | 131 | ACUSPORT CORPORATION | Dividend paid 40.74% on $26,992.08; Claim# 3; Filed: $26,992.08; Reference: X9463 | 7100-000 | | 10,996.77 | 96,343.14 |
| 06/29/18 | 132 | DUBOIS, SHEEHAN, HAMILTON, LEVIN AND WEISSMAN, LLC | Dividend paid 40.74% on $19,866.26; Claim# 5; Filed: $19,866.26; Reference: | 7100-000 | | 8,093.66 | 88,249.48 |
| 06/29/18 | 133 | INTERNAL REVENUE SERVICE | Dividend paid 40.74% on $1,600.00; Claim# 6U-2; Filed: $1,600.00; Reference: X7576 | 7100-000 | | 651.85 | 87,597.63 |
| 06/29/18 | 134 | AMERICAN EXPRESS BANK, FSB | Dividend paid 40.74% on $4,165.49; Claim# 8; Filed: $4,165.49; Reference: X1007 | 7100-000 | | 1,697.05 | 85,900.58 |
| 06/29/18 | 135 | FIOCCHI OF AMERICA INC | Dividend paid 40.74% on $8,511.50; Claim# 10; Filed: $8,511.50; Reference: | 7100-000 | | 3,467.65 | 82,432.93 |
| 06/29/18 | 136 | DYLAN J. SNIVELY | Dividend paid 40.74% on $250.00; Claim# 14; Filed: $250.00; Reference: | 7100-000 | | 101.85 | 82,331.08 |
| 06/29/18 | 137 | COLTON J. GEMENDEN | Dividend paid 40.74% on $250.00; Claim# 17; Filed: $250.00; Reference: | 7100-000 | | 101.85 | 82,229.23 |
| 06/29/18 | 138 | BANGERS USA | Dividend paid 40.74% on $6,975.58; Claim# 18; Filed: $6,975.58; Reference: | 7100-000 | | 2,841.90 | 79,387.33 |
| 06/29/18 | 139 | JHW REAL ESTATE, LLC | Dividend paid 40.74% on $176,499.40; Claim# 19; Filed: $176,499.40; Reference: | 7100-000 | | 71,907.13 | 7,480.20 |
| 06/29/18 | 140 | JHW REAL ESTATE, LLC | Dividend paid 40.74% on $285.50; Claim# 21; Filed: $285.50; Reference: | 7100-000 | | 116.31 | 7,363.89 |
| 06/29/18 | 141 | ESTATE OF JOHN ADUCAT | Dividend paid 40.74% on $18,000.00; Claim# 23; Filed: $27,249.27; Reference: GUS PORTION OF ADUCAT CLA | 7100-000 | | 7,333.33 | 30.56 |
| 06/29/18 | 142 | Wayne Stark | Dividend paid 40.74% on $75.00; Claim# 25; Filed: $75.00; Reference: | 7100-000 | | 30.56 | 0.00 |
| 07/06/18 | 117 | US Bankruptcy Clerk | CLERK FEES-FILING FEE-DOCKET#2 & MOTION SELL-DOCKET#25<br>Voided: check issued on 06/29/18 | 2700-000 | | -491.00 | 491.00 |
| 07/06/18 | 143 | US Bankruptcy Clerk | CLERK FEES- NOM SELL | 2700-000 | | 181.00 | 310.00 |
| 07/06/18 | 144 | US Bankruptcy Clerk | Unclaimed Dividends | 2700-001 | | 310.00 | 0.00 |

Subtotals :         $0.00        $121,588.68

{} Asset reference(s)

Printed: 11/09/2018 09:36 AM    V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 17-10097-ABA  
**Case Name:** BANGER'S SPORT SHOP, LLC  

**Taxpayer ID #:** **-***7576  
**Period Ending:** 11/09/18  

**Trustee:** ANDREW SKLAR (500320)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8566 - Checking Account  
**Blanket Bond:** $36,589,161.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Voided on 07/09/18 | | | | |
| 07/09/18 | 144 | US Bankruptcy Clerk | Unclaimed Dividends<br>Voided: check issued on 07/06/18 | 2700-001 | | -310.00 | 310.00 |
| 07/09/18 | 145 | BOWTECH | Dividend paid  40.85% on $7,160.47; Claim# 1; Filed: $7,160.47; Reference: X3467 | 7100-000 | | 8.17 | 301.83 |
| 07/09/18 | 146 | PARKER BOWS | Dividend paid  40.85% on $1,112.48; Claim# 2; Filed: $1,112.48; Reference: -X10-P08095 | 7100-000 | | 1.27 | 300.56 |
| 07/09/18 | 147 | ACUSPORT CORPORATION | Dividend paid  40.85% on $26,992.08; Claim# 3; Filed: $26,992.08; Reference: X9463 | 7100-000 | | 30.79 | 269.77 |
| 07/09/18 | 148 | DUBOIS, SHEEHAN, HAMILTON, LEVIN AND WEISSMAN, LLC | Dividend paid  40.85% on $19,866.26; Claim# 5; Filed: $19,866.26; Reference: | 7100-000 | | 22.66 | 247.11 |
| 07/09/18 | 149 | INTERNAL REVENUE SERVICE | Dividend paid  40.85% on $1,600.00; Claim# 6U-2; Filed: $1,600.00; Reference: X7576 | 7100-000 | | 1.83 | 245.28 |
| 07/09/18 | 150 | AMERICAN EXPRESS BANK, FSB | Dividend paid  40.85% on $4,165.49; Claim# 8; Filed: $4,165.49; Reference: X1007 | 7100-000 | | 4.75 | 240.53 |
| 07/09/18 | 151 | FIOCCHI OF AMERICA INC | Dividend paid  40.85% on $8,511.50; Claim# 10; Filed: $8,511.50; Reference: | 7100-000 | | 9.71 | 230.82 |
| 07/09/18 | 152 | BANGERS USA | Dividend paid  40.85% on $6,975.58; Claim# 18; Filed: $6,975.58; Reference: | 7100-000 | | 7.96 | 222.86 |
| 07/09/18 | 153 | JHW REAL ESTATE, LLC | Dividend paid  40.85% on $176,499.40; Claim# 19; Filed: $176,499.40; Reference: | 7100-000 | | 201.34 | 21.52 |
| 07/09/18 | 154 | ESTATE OF JOHN ADUCAT | Dividend paid  40.85% on $18,000.00; Claim# 23; Filed: $27,249.27; Reference: GUS PORTION OF ADUCAT CLA | 7100-000 | | 20.53 | 0.99 |
| 07/09/18 | 155 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | | | 0.99 | 0.00 |
| | | | Dividend paid 40.85%   0.29<br>on $250.00;  Claim# 14;<br>Filed: $250.00 | 7100-001 | | | 0.00 |
| | | | Dividend paid 40.85%   0.29<br>on $250.00;  Claim# 17;<br>Filed: $250.00 | 7100-001 | | | 0.00 |
| | | | Dividend paid 40.85%   0.33<br>on $285.50;  Claim# 21;<br>Filed: $285.50 | 7100-001 | | | 0.00 |
| | | | Dividend paid 40.85%   0.08<br>on $75.00;  Claim# 25;<br>Filed: $75.00 | 7100-001 | | | 0.00 |

Subtotals :                    $0.00              $0.00

{} Asset reference(s)                                                                  Printed: 11/09/2018 09:36 AM     V.14.14

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 17-10097-ABA | | Trustee: | ANDREW SKLAR (500320) |
|---|---|---|---|---|
| Case Name: | BANGER'S SPORT SHOP, LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******8566 - Checking Account |
| Taxpayer ID #: | **-***7576 | | Blanket Bond: | $36,589,161.00 (per case limit) |
| Period Ending: | 11/09/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 516,272.83 | 516,272.83 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 516,272.83 | 516,272.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$516,272.83** | **$516,272.83** | |

```
Net Receipts :        516,272.83
                     ─────────────
Net Estate :         $516,272.83
```

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******8566** | 516,272.83 | 516,272.83 | 0.00 |
| | **$516,272.83** | **$516,272.83** | **$0.00** |

{} Asset reference(s)

Printed: 11/09/2018 09:36 AM    V.14.14